UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAG ENTERPRISES, INC., *et al.*,

    Plaintiffs,

     v.

EXXON MOBIL CORPORATION, *et al.*,

    Defendants.

Civil Action No. 00-0182 (CKK)

**ORDER**
(February 11, 2005)

Plaintiffs in the above-captioned case filed a [156] Motion for Leave to File Under Seal Motion to Compel Additional Handwriting Samples of Carol Yaley After the Close of Discovery.  In a Minute Entry dated October 25, 2004, the Court gave leave to Plaintiffs and allowed the filing of Plaintiffs' motion under seal.  *See DAG Enter., Inc. v. Exxon Mobil Corp.*, Civ. No. 00-0182 (D.D.C. Oct. 25, 2004) (minute order granting leave to file under seal). Defendants' Opposition was originally due Friday, October 8, 2004, but Defendants requested an extension in a Consent Motion filed on October 7, 2004.  The Court subsequently granted this Consent Motion, allowing Defendants until Friday, October 15, 2004, to respond to Plaintiffs' motion to compel.  *Id.*  (D.D.C. Oct. 25, 2005) (minute order granting *nunc pro tunc* the extension of time).  At the time of this Consent Motion, Defendants clearly understood that they were required to respond to the merits of Plaintiffs' motion to compel.  *See* Consent Mot. for Extension of Time at 1 (DAG's motion to compel "asks the Court to compel production of more samples of Ms. Yaley's notes for DAG's expert analysis . . . . ExxonMobil's opposition to that

motion is currently due on Friday, October 8, 2004.").

However, Defendants never entered an Opposition to Plaintiffs' motion to compel on October 15, 2004.  Despite the fact that nearly four months have passed since the time Defendants were obligated to file a response, Defendants have filed no Opposition to Plaintiffs' motion.  As such, the Court shall deem Plaintiffs' Motion to Compel Additional Handwriting Samples of Carol Yaley After the Close of Discovery to be conceded.  Accordingly, it is hereby

**ORDERED** that [156] Plaintiffs' Motion to Compel Additional Handwriting Samples of Carol Yaley After the Close of Discovery is GRANTED; it is further

**ORDERED** that Defendants shall produce all writing samples created by Carole Yaley which span several days or longer and were created prior to February, 2000, or in the alternative, should such writing samples not exist, the Defendants shall enter into a stipulation with the Plaintiffs stating that no such writing samples exist; it is further

**ORDERED** that Defendants shall produce the samples or provide the stipulation by Monday, February 28, 2005; it is further

**ORDERED** that Plaintiffs' document examiner, Gus R. Lesnevich, shall supplement his report with the information from the samples or the stipulation by Tuesday, March 15, 2005.

**SO ORDERED**.

_____/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge

2