UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAG ENTERPRISES, INC., *et al.*,<br><br>  Plaintiffs,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, *et al.*,<br><br>  Defendants. | Civil Action No. 00-0182 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 11th day of February, 2005, hereby

**ORDERED** that [126] Defendants' Motion for Protective Order Regarding Plaintiffs' Untimely Rule 45 Subpoena Duces Tecum is GRANTED; it is further

**ORDERED** that [144] Plaintiffs' Motion to Compel Production of Information Subpoenaed From Third-Party Conoco-Phillips is DENIED.

**SO ORDERED**.

                                                                                             */s/*
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge